IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERISA L. BEST,

    Plaintiff,

        v.                            Case No. 3:24-cv-00824-jdp

LELAND DUDEK,
Acting Commissioner of Social Security,

    Defendant.

## ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Acting Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

The parties agree that, upon remand from the court, the Appeals Council will order the ALJ to reevaluate the evidence; including the opinion evidence, reassess the RFC; and obtain vocational expert evidence to assess whether there are jobs in

significant numbers in the national economy that the claimant could still do. The ALJ

will also offer Plaintiff the opportunity for a hearing.

SO ORDERED this _____*7TH*_____ day of *APRIL* 2025.

BY THE COURT:

_____

DISTRICT JUDGE / MAGISTRATE JUDGE

2