IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| TERISA L. BEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 24-cv-824 |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This matter coming before the court on the parties' stipulation to award fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and the court being fully advised, IT IS HEREBY ORDERED THAT:

Plaintiff is awarded $8,347.35 in attorney fees in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the EAJA.

Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to Cody Marvin pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed instead of electronically deposited, it shall be mailed to counsel's address of record: Cody Marvin, Marvin & Associates, P.C., 630 Davis Street, Suite 300, Evanston, IL 60201.

SO ORDERED this 24TH day of June, 2025

JAMES D. PETERSON
District Judge